ANTHONY PALAZZO, as Administrator, etc., of VINCENT PALAZZO, Deceased, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment unanimously

*Affd., 264 N. Y. 634.     †Appeal dismissed, 264 N. Y. 316.

affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.